**The People of the State of Illinois, Defendant in Error, v. Patrick O'Malley, Plaintiff in Error.**

**Gen. No. 19,446. (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the October term, 1913. Reversed. Opinion filed March 9, 1914.

### Statement of the Case.

Information filed by The People of the State of Illinois charging Patrick O'Malley with keeping his saloon open on a special election day within one mile of the place of holding the election, in violation of the statutes of Illinois. Defendant waived a jury trial, and the court found him guilty and fined him twenty-five dollars. To reverse the judgment, defendant prosecutes a writ of error.

THOMAS J. O'HARE, for plaintiff in error.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY, of counsel.

MR. JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

INTOXICATING LIQUORS, § 148*—*when conviction for keeping saloon open on election day not sustained by the evidence.* On information charging a saloon keeper with keeping his saloon open on a special election day in violation of the statutes of Illinois, the evidence *held* insufficient to show that the place was "open" in the sense manifestly used by the statute and insufficient to sustain a conviction, the witnesses for the People being three police officers who testified that they entered the saloon at a side entrance and found the defendant and four other men inside but there was no evidence that drinks were served and there being evidence that the doors were locked and also evidence explaining the presence of the persons found in the saloon.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.